THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* PERRIN H. SUMNER, Appellant.

*People* v. *Sumner*, 33 App. Div. 338, affirmed.
(Argued January 16, 1900; decided January 30, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered upon

an order made October 14, 1898, which affirmed a judgment of the Court of General Sessions of the Peace in and for the city and county of New York, convicting the defendant of the crime of grand larceny in the first degree.

*G. D. B. Hasbrouck* for appellant.

*Charles E. Le Barbier* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.